MSHIFT, INC., Plaintiff–Appellant,

v.

DIGITAL INSIGHT CORPORATION (doing business as Intuit Financial Services), Defendant–Appellee.

and

Community Trust Bank, Mobile Money Ventures, LLC, Meritrust Credit Union, Professional Federal Credit Union, Sanford Institution For Savings, Fort Worth Community Credit Union, Use Credit Union, Gate City Bank, Busey Bank, Dension State Bank, Fidelity Bank, First Internet Bank of Indiana, and Vision Bank, Defendants–Appellees.

and

SK C & C Co., Ltd., Defendant–Appellee.

No. 2011–1057.

United States Court of Appeals, Federal Circuit.

July 8, 2011.

James C. Otteson, Agility IP Law, of East Palo Alto, CA, argued for plaintiff-appellant. With him on the brief was Xiang Long. Of counsel on the brief was Melinda M. Morton, Bergeson, LLP, of San Jose, CA. Of counsel was Monica Mucchetti Eno, Agility IP Law, of East Palo Alto, CA.

Heather N. Mewes, Fenwick & West LLP, of San Francisco, CA, argued for all

**916**

defendants-appellees. With her on the brief was Hector J. Ribera for Digital Insight Corporation. On the brief were Andrew P. Valentine and Brent K. Yamashita, of DLA Piper LLP, of East Palo Alto, CA, for defendants-appellees Community Trust Bank, et al.; and Hae–Chan Park and Wayne M. Helge, of H.C. Park & Associates, PLC, of Vienna, VA, for defendants-appellees SK C & C Co. Ltd., and Mobile Money Ventures, LLC; and Brain S. Seal, of Highbury Chapman, LLC, of Washington, DC, for defendant-appellee SK C & C Co. Ltd. Of counsel was Erik R. Fuehrer, of DLA Piper LLP, of East Palo Alto, CA.

PROST, MAYER, and O'MALLEY, Circuit Judges.

### JUDGMENT

PER CURIAM.

This Cause having been heard and considered, it is Ordered and Adjudged:

**AFFIRMED.** *See* Fed. Cir. R. 36.